certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John T. Gose* for petitioner. *Mr. John Stewart Ross* for respondent.

No. 510. DONOVAN *v.* TURNER ET AL., COPARTNERS. See *ante,* p. 599.

No. 89. PALOMA ESTATES, INC. *v.* SERIES C–2 TRUSTEES ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Erwin Feldman* for petitioner. *Mr. Eugene J. Morris* for the Trustees of Series C–2; and *Solicitor General Fahy* and *Messrs. Chester T. Lane, Richard S. Salant, John F. Davis, Homer Kripke, George Zolotar, Morton E. Yohalem,* and *Mortimer Weinbach* for the Securities and Exchange Commission,—respondents.

No. 470. MAYER ET AL., TRUSTEES, *v.* REINECKE, COLLECTOR OF INTERNAL REVENUE. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Isaac H. Mayer, Carl Meyer,* and *M. B. Kennedy* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 493. SCHEUFLER, SUPERINTENDENT, *v.* CENTRAL SURETY & INSURANCE CORP. ET AL. December 7, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. William E. Byers, Paul M. Peterson, William H. Becker,* and *Lawrence Presley* for petitioner. *Mr. R. B. Caldwell* for the Central Surety & Insurance Corp.; and *Mr. James P. Aylward* for R. E.